# Adams Exhibit A





*Lake Effect Artisan Ice Cream*

## Salty Caramel

Our award-winning, sweet and salty masterpiece. With just a pinch of pure sea salt, this decadent caramel flavored ice cream is unlike anything you've ever experienced. Unique and absolutely unbelievable.

Artificial Flavor

16 FL OZ. (473 ml)





