# Adams Exhibit B

# AFFIDAVIT

**State of New York** )
**County of Erie** ) ss:
**Town of Tonawanda** )

Date: November 17, 2018

**The following is a voluntary statement provided by Mr MARK A. ANGRISANO. He resides at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. His phone number is (▮▮▮▮▮▮▮▮). He is ▮▮ years of age, and his date of birth is ▮▮▮▮▮▮.**

I, Mark A. Angrisano, state that on Sunday, November 4th, 2018, I enjoyed a meal at the Lake Effect Diner on Main Street as I had done several previous times. I knew that the owner of the Lake Effect Diner was the same owner of The Steer restaurant, and Doug's Dive, when it was open on the waterfront. I have patronized all three eating establishment on many occasions and kept going back because the food was exceptionally good and the service was equally good. So when I saw that there was a Lake Effect Ice Cream store on Hertel, not too far from the Lake Effect Diner, I kind of suspected that it was under the same ownership as the other restaurants.

So, when I was at the Lake Effect Diner a week ago Sunday, I had to ask Sergio, the Manager of the Lake Effect Diner, if the Lake Effect Ice Cream parlor on Hertel was a sister company and inquire as to how it was doing. Sergio told me that the Lake Effect Artisan Ice Cream store had no connection with his

INITIALS OF DEPONENT _[signature]_  PAGE 1 OF 2

Diner or any of the other businesses owned by Mr Curtin. I told him that I was a bit surprised… with the name being Lake Effect. And that is when the Manager told me that people often think that the two businesses are owned by Mr Curtin. As a matter of fact, he asked if I would give him my name and phone number because of this confusion, he said someone may call me and ask about my misconception of the ownership of the two businesses. I agreed, provided him with my name and phone number, and on Saturday, November 17th, I was interviewed by an investigator who asked me about my experience at the Lake Effect Diner. And as a result of that interview I have given this affidavit.

///////// END OF STATEMENT /////////

**UNDER PENALTY OF PERJURY, I SWEAR THAT THE VOLUNTARY STATEMENT I HAVE GIVEN IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.**

Signature of Deponent: **MARK A. ANGRISANO**

Sworn and subscribed to before me on this
17 day of November, 20 18.

**Notary Public: DENNIS M. ADAMS**
**Notary Public, State of New York**
**Qualified in Erie County**
**Reg.# 01AD5028214**
**My Commission Expires May 23, 2022**