UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

199 DELAWARE AVENUE, INC.,

                          *Plaintiff,*

v.

LAKE EFFECT ARTISAN ICE CREAM, and      Civil Action No. 19-cv-00224

LAKE EFFECT ICE CREAM HERTEL, LLC, and

LAKE EFFECT ICE CREAM, LLC, and

LAKE EFFECT ICE CREAM WHOLESALE, LLC, and,

LAKE EFFECT CANAL STREET, LLC,

                          *Defendants.*

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: June 19, 2020

| | |
|---|---|
| **KLOSS, STENGER & LoTEMPIO**<br>*Attorneys for Plaintiff*<br><br>By: _____<br>    Justin D. Kloss, Esq.<br>    69 Delaware Avenue, Suite 1003<br>    Buffalo, New York 14202<br>    (716) 853-1111<br>    jdkloss@klosslaw.com | **SIMPSON & SIMPSON PLLC**<br>*Attorneys for Defendants*<br><br>By: _____<br>    Ellen S. Simpson, Esq.<br>    5555 Main Street<br>    Williamsville, New York 14221<br>    (716) 626-1564<br>    esimpson@idealawyers.com |

14

**SO ORDERED**

_____
**ELIZABETH A. WOLFORD**
United States District Judge
**DATED: 06/29/2020**